**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  v.<br><br>JOSHUA A. WEST,<br>[DOB: 06/15/1992]<br><br>                Defendant. | Case No. _____<br>**COUNTS ONE, TWO & FOUR:**<br>*Hobbs Act Robbery*<br>18 U.S.C. § 1951(a)<br>NMT 20 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony<br><br>**COUNTS THREE, FIVE, SEVEN & NINE:**<br>*Brandishing a Firearm in Furtherance of a Crime of Violence*<br>18 U.S.C. §§ 924(c)(1)(A)(ii)<br>NLT 7 Years Imprisonment (Consecutive) or<br>NLT 25 Years Imprisonment (Consecutive) (Second or Subsequent)<br>NMT Life Imprisonment (Consecutive)<br>NMT $250,000 Fine<br>NMT 5 Years Supervised Release<br>Class A Felony<br><br>**COUNTS SIX & EIGHT:**<br>*Attempted Hobbs Act Robbery*<br>18 U.S.C. §§ 1951(a)<br>NMT 20 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony<br><br>**COUNT TEN:**<br>*Felon in Possession of a Firearm*<br>18 U.S.C. §§ 922(g)(1) and 924(e)(1)<br>NLT 15 Years Imprisonment<br>NMT Life Imprisonment<br>NMT $250,000 Fine<br>NMT 5 Years Supervised Release<br>Class A Felony<br><br>$100 Mandatory Assessment Each Count |

# **I N D I C T M E N T**

THE GRAND JURY CHARGES THAT:

## **COUNT ONE**

On or about July 17, 2018, in the Western District of Missouri, the defendant, JOSHUA A. WEST, did obstruct, delay, and affect, commerce as that term is defined in 18 U.S.C. § 1951, and the movement of the articles and commodities in such commerce, by robbery, as that term is defined in 18 U.S.C. § 1951, in that the defendant, JOSHUA A. WEST, did knowingly, intentionally, and unlawfully take and obtain property consisting of United States currency in the care, custody, and control of CVS Pharmacy, 6300 Prospect Avenue, Kansas City, Missouri, a business engaged in commerce, from the person and in the presence of an employee of such business, and against the will of such employee, by means of actual and threatened force, violence, and fear of injury, immediate and future, to such employee, contrary to the provisions of Title 18, United States Code, Sections 1951(a).

## **COUNT TWO**

On or about August 10, 2018, in the Western District of Missouri, the defendant, JOSHUA A. WEST, did obstruct, delay, and affect, commerce as that term is defined in 18 U.S.C. § 1951, and the movement of the articles and commodities in such commerce, by robbery, as that term is defined in 18 U.S.C. § 1951, in that the defendant, JOSHUA A. WEST, did knowingly, intentionally, and unlawfully take and obtain property consisting of cellular telephones in the care, custody, and control of Sprint Store, 4902 North Oak Trafficway, Kansas City, Missouri, a business engaged in commerce, from the person and in the presence of employees of such business, and against the will of persons employed by such business, by means of actual and threatened force,

violence, and fear of injury, immediate and future, to such employees, contrary to the provisions of Title 18, United States Code, Sections 1951(a).

## COUNT THREE

On or about August 10, 2018, in the Western District of Missouri, the defendant, JOSHUA A. WEST, in furtherance of the crime of violence alleged in Count Two, did knowingly and intentionally possess and brandish a firearm, contrary to the provisions of Title 18, United States Code, Sections 924(c)(1)(A)(ii).

## COUNT FOUR

On or about August 11, 2018, in the Western District of Missouri, the defendant, JOSHUA A. WEST, did obstruct, delay, and affect, commerce as that term is defined in 18 U.S.C. § 1951, and the movement of the articles and commodities in such commerce, by robbery, as that term is defined in 18 U.S.C. § 1951, in that the defendant, JOSHUA A. WEST, did knowingly, intentionally, and unlawfully take and obtain property consisting of cellular telephones in the care, custody, and control of Phone Shack, 6392 Troost Avenue, Kansas City, Missouri, a business engaged in commerce, from the person and in the presence of employees of such business, and against the will of persons employed by such business, by means of actual and threatened force, violence, and fear of injury, immediate and future, to such employees, contrary to the provisions of Title 18, United States Code, Sections 1951(a).

## COUNT FIVE

On or about August 11, 2018, in the Western District of Missouri, the defendant, JOSHUA A. WEST, in furtherance of the crime of violence alleged in Count Four, did knowingly and intentionally possess and brandish a firearm, contrary to the provisions of Title 18, United States Code, Sections 924(c)(1)(A)(ii).

## COUNT SIX

On or about August 15, 2018, in the Western District of Missouri, the defendant, JOSHUA A. WEST, did attempt to obstruct, delay, and affect, commerce as that term is defined in 18 U.S.C. § 1951, and the movement of the articles and commodities in such commerce, by robbery, as that term is defined in 18 U.S.C. § 1951, in that the defendant, JOSHUA A. WEST, did knowingly, intentionally, and unlawfully attempt to take and obtain property consisting of cellular telephones in the care, custody, and control of T-Mobile Store, 12400 South US Highway 71, Grandview, Missouri, a business engaged in commerce, from the person and in the presence of employees of such business, and against the will of persons employed by such business, by means of actual and threatened force, violence, and fear of injury, immediate and future, to such employees, contrary to the provisions of Title 18, United States Code, Sections 1951(a).

## COUNT SEVEN

On or about August 15, 2018, in the Western District of Missouri, the defendant, JOSHUA A. WEST, in furtherance of the crime of violence alleged in Count Six, did knowingly and intentionally possess and brandish a firearm, to wit: a Taurus, Model PT111, 9mm caliber pistol, bearing Serial Number TVG31132 contrary to the provisions of Title 18, United States Code, Sections 924(c)(1)(A)(ii).

## COUNT EIGHT

On or about August 15, 2018, in the Western District of Missouri, the defendant, JOSHUA A. WEST, did attempt to obstruct, delay, and affect, commerce as that term is defined in 18 U.S.C. § 1951, and the movement of the articles and commodities in such commerce, by robbery, as that term is defined in 18 U.S.C. § 1951, in that the defendant, JOSHUA A. WEST, did knowingly, intentionally, and unlawfully attempt to take and obtain property consisting of cellular telephones

in the care, custody, and control of AT&T Store, 12346 South US Highway 71, Grandview, Missouri, a business engaged in commerce, from the person and in the presence of employees of such business, and against the will of persons employed by such business, by means of actual and threatened force, violence, and fear of injury, immediate and future, to such employees, contrary to the provisions of Title 18, United States Code, Sections 1951(a).

## COUNT NINE

On or about August 15, 2018, in the Western District of Missouri, the defendant, JOSHUA A. WEST, in furtherance of the crime of violence alleged in Count Eight, did knowingly and intentionally possess and brandish a firearm, to wit: a Taurus, Model PT111, 9mm caliber pistol, bearing Serial Number TVG31132 contrary to the provisions of Title 18, United States Code, Sections 924(c)(1)(A)(ii).

## COUNT TEN

On or about August 15, 2018, in the Western District of Missouri, the defendant, JOSHUA A. WEST, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, to wit: a Taurus, Model PT111, 9mm caliber handgun, bearing Serial Number TVG31132, which had traveled in interstate commerce, contrary to the provisions of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).

A TRUE BILL.

11/13/18  
DATE

/s/ Jennifer Kolarik  
FOREPERSON OF THE GRAND JURY

/s/ Jeffrey Q. McCarther  
Jeffrey Q. McCarther  
Assistant United States Attorney  
Narcotics & Violent Crimes Unit  
Western District of Missouri