IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSHUA A. WEST,<br><br>    Defendant. | Case No. 18-00323-01-CR-W-HFS |

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon application of the United States Attorney and Assistant United States Attorney Jeffrey Q. McCarther, for the Western District of Missouri, the clerk is hereby ordered to issue a writ of habeas corpus ad prosequendum directed to the <u>Jackson County Detention Center, 1300 Cherry Street, Kansas City, Missouri   64106</u>, and to the United States Marshal for the Western District of Missouri, or any other authorized officer, to produce one <u>Joshua A. West, DOB: 06/15/1992, Inmate #20228228</u>, now confined at the <u>Jackson County Detention Center, 1300 Cherry Street, Kansas City, Missouri   64106</u>, in the custody of the warden or the person there in charge, before the

   [X] United States Magistrate

   [ ] United States District Court

   [ ] United States Grand Jury

at Kansas City, Missouri,

   [X] forthwith,

or at any time thereafter as the Court may direct so that said person may appear in accordance with law in the above-entitled cause; and after said person shall have so appeared to return said person to the aforementioned custody as may be directed by this Court.

Dated this  15th  day of November, 2018.

*Matt J. Whitworth*
HONORABLE JOHN T. MAUGHMER
Chief United States Magistrate Judge
Western District of Missouri