IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 18-00323-01-CR-W-HFS |
| JOSHUA A. WEST, | ) |
| Defendant. | ) |

REPORT AND RECOMMENDATION

On July 6, 2020, Defendant Joshua A. West was ordered to undergo a psychological examination pursuant to 18 U.S.C. § 4241. (Doc. No. 47) Defendant was examined by Stephen E. Peterson, M.D., who prepared a report dated September 22, 2020. (Doc. No. 52)

A competency hearing was held on October 15, 2020. The government was represented by Assistant United States Attorney Jeff McCarther. Defendant in person with appointed attorney Travis Poindexter. The parties stipulated to the contents and findings of Dr. Peterson's report (Tr. at 3). No additional evidence was presented. Based upon the uncontroverted evidence, I find that Defendant is competent to proceed. Therefore, it is

RECOMMENDED that the Court, after making an independent review of the record and applicable law, enter an order finding Defendant competent.

Date: October 16, 2020

                                                            /s/ *Jill A. Morris*
                                                         JILL A. MORRIS
                                         UNITED STATES MAGISTRATE JUDGE