IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18-00323-CR-W-HFS |
| JOSHUA A. WEST | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

A competency hearing was conducted on October 15, 2020, and Magistrate Judge Jill A. Morris considered the forensic evaluation prepared by Stephen E. Peterson, M.D., dated September 22, 2020.

In a Report and Recommendation dated October 16, 2020, Judge Morris noted that the parties stipulated to the contents and findings of Dr. Peterson's report and no additional evidence was presented. Based upon the uncontroverted evidence, Judge Morris found that defendant was competent.

To-date, no objections to the Report and Recommendation have been filed, and the time in which to do so has expired. Thus, the findings and conclusions in the Report and Recommendation (Doc. 56) are ADOPTED by the undersigned.

s/ HOWARD F. SACHS
HOWARD F. SACHS
United States District Judge

Dated: November 5, 2020
Kansas City, Missouri