IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

        Plaintiff,

-vs-                                                                   Criminal Action No.
                                                                                18-00323-01-CR-W-HFS

JOSHUA A. WEST,

        Defendant.

_____

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGES**:

| | |
|---|---|
| Counts One, Two & Four: | Hobbs Act Robbery, in violation of 18 U.S.C. § 1951(a) |
| Counts Three, Five, Seven & Nine: | Brandishing Firearm in Furtherance of Crime of Violence, in violation of 18 U.S.C. § 924(c)(1)(A)(ii) |
| Counts Six & Eight: | Attempted Hobbs Act Robbery, in violation of 18 U.S.C. § 1951(a) |
| Count Ten: | Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(e)(1) |

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
        Government: Jeff McCarther
        Defense:     Travis Poindexter

**OUTSTANDING MOTIONS**:   None

**TRIAL WITNESSES**:
        Government:    12 with stipulations, 16 without stipulations
        Defendants:     3 witnesses

**TRIAL EXHIBITS**
        Government:    50 exhibits
        Defendant:      less than 10 additional exhibits

1

**DEFENSES:**          General Denial

**POSSIBLE DISPOSITION**:
    ( ) Definitely for trial; ( ) Possibly for trial; (X) Likely a plea will be worked out

**TRIAL TIME:**    **3 ½ days**
    Government's case including jury selection:    3 days
    Defense case: ½ day

**STIPULATIONS**:    Stipulations are likely as to the interstate nexus of the firearm, Defendant's prior felony conviction, and commerce related to the businesses allegedly robbed.

**UNUSUAL QUESTIONS OF LAW:**    None

**FILING DEADLINES:**

   **Witness and Exhibit List**
     Government: April 16, 2021
     Defense: April 23, 2021
     **Counsel are requested to list witnesses in alphabetical order on their witness list.**

   **Exhibit Index, Voir Dire, Jury Instructions:**    April 23, 2021
   **Please Note**: Jury instructions must comply with Local Rule 51.1

   **Motions in Limine:** April 26, 2021

**TRIAL SETTING**: Criminal jury trial docket commencing 5/3/2021


    **IT IS SO ORDERED.**

                                                                      /s/ Jill A. Morris
                                                                     JILL A. MORRIS
                                                                     United States Magistrate Judge

Kansas City, Missouri
4/7/2021